UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22597-CIV-KING

DANIEL MAGLIO,

    Plaintiff,

v.

DR. HARIDAS BHADJA,

    Defendant.
_____/

## ORDER DIRECTING THAT THE COMPLAINT PROCEED AGAINST THE DEFENDANT DR. BHADJA IN HIS INDIVIDUAL CAPACITY ON THE CLAIM OF DELIBERATE INDIFFERENCE TO THE PLAINTIFF'S SERIOUS MEDICAL NEEDS

THIS CAUSE comes before the Court upon the March 10, 2009 Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White (D.E. #80), recommending that the "Complaint proceed against Dr. Bhadja in his individual capacity on the claim of deliberate indifference to [the Plaintiff's] serious medical needs." D.E. #80. The parties have not filed any objections, and the time to do so has passed.

After a thorough review of the record, the undersigned concludes that the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that Magistrate Judge Patrick A. White's March 10, 2009 R&R (**D.E. #80**) be, and the same is hereby, **AFFIRMED and ADOPTED**.

The instant action shall proceed against the Defendant Dr. Bhadja in his individual capacity on the claim of deliberate indifference to the Plaintiff's serious medical needs.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of March, 2009.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Magistrate Judge Patrick A. White**

**<u>Counsel for Plaintiff</u>**

**Daniel Maglio**
#910692
South Bay Correctional Facility
600 US Highway 27
South Bay, FL 33493
PRO SE